**SOUTHERN PACIFIC TRANS-PORTATION COMPANY, et al., Plaintiffs,**

v.

**INTERNATIONAL BROTHERHOOD OF LOCOMOTIVE ENGINEERS, et al., Defendants.**

**INTERNATIONAL BROTHERHOOD OF LOCOMOTIVE ENGINEERS, Plaintiff,**

v.

**SOUTHERN PACIFIC TRANS-PORTATION COMPANY, et al., Defendants.**

**Nos. 90–4178, 90–4186.**

United States District Court, D. Kansas.

Dec. 20, 1991.

## ORDER

Pursuant to the Tenth Circuit's order of December 4, 1991, the court hereby vacates its orders of October 25, 1990 1990 WL 171043; November 13, 1990 752 F.Supp.

400; and January 11, 1991, 756 F.Supp. 1446, in these cases.

IT IS SO ORDERED.